FILED
2011 Nov-28 PM 04:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| MARCUS L. WHITE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 7:11-cv-0115-JEO |
| | ) |
| J.C. GILES, WARDEN, et al., | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On October 19, 2011, the magistrate judge assigned this matter entered a report and recommendation finding that the application for a writ of habeas corpus filed by the petitioner was due to be dismissed without prejudice. (Doc. 9.) The petitioner has filed no objections to the same.

Accordingly, the court has considered the entire file in this action, including the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed without prejudice to allow the petitioner to exhaust his state court remedies. An appropriate order will be entered.

Done this 28th day of November 2011.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
167458